IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CARLA RAWLINGS, Individually and on behalf of all others, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 17-00442-CV-W-HFS ) |
| AEROCARE EMPLOYEE BENEFITS, INC., | ) ) ) ) |
| Defendant. | ) |

**ORDER**

The parties have filed a stipulation of dismissal with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Accordingly, it is hereby

ORDERED that the above captioned case is DISMISSED with prejudice, each party to bear their own costs and attorneys' fees. It is further

ORDERED that defendant's motion for judgment on the pleadings (ECF doc. 11), and plaintiff's motions for leave to amend the complaint (ECF doc. 20), and for extension of time to amend the pleadings (ECF doc. 26) are DENIED as moot.

                                             */s/ Howard F. Sachs*
                                             HOWARD F. SACHS
                                             UNITED STATES DISTRICT JUDGE

November 8, 2017
Kansas City, Missouri